CLERK'S OFFICE U.S. DISTRICT. COURT
AT CHARLOTTESVILLE, VA
FILED

OCT 12 2023

LAURA A. AUSTIN, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTSVILLE DIVISION

DAWN Propst LOCKARD
Heather Propst Stanley > our daughters

Dawn, Marilyn and Raymond Propst
(CHARLES W. PROPST) Marilyn Seay, Janet and Annette Seay
Twins Georgia
V.E.P.C.O. (Virginia BORN AGAIN) and BECKY LYNCH SEAY
TRUSTIES (HIGHLAND)
Plaintiff(s),
VIRGINIA - PROPERTYS
VA, GA, TEXAS, FLA, W VA PROPERTIES

v.

DOMINION RESOURSES
PENDLETON

Civil Action No.: 3:23-cv-00054
(To be assigned by Clerk of District Court)

Rough Draft

1 million
STATE of WEST VIRGINIA
JERRY MOORE, Attorney's
JEFF BOWERS and GEORGE SPONAGLE's I II III
Defendant(s).

(Enter the full name(s) of ALL parties in this lawsuit. Please attach additional sheets if necessary).

FORMER CIVIL ACTION 21-611
JUDGE CARTER WILLIAMS
EXEMPT BY JUDICIAL DUE PROCESS W.VA

4 million
STATE OF GEORGIA
St. Solisitor
= 5 Million

COMPLAINT

Woodroof Paul G. Taylor
Winchester, Va, and (Martinsburg W.Va P.O. 887)

PARTIES

1. List all Plaintiffs. State the full name of the Plaintiff, address and telephone number. Do the same for any additional Plaintiffs.

304-267-0904

a. Plaintiff No. 1

Family Propst Farms
1739 Owens Creek Rd
Mineral, Va 24617

Name: Charles and Kathy and Marilyn + Ray Propst

Address: 2039 BLACK THORNE ROAD SUGAR GROVE WEST Va 26805

Telephone Number: 304-358-3012
304-567-3017

Marilyn E. Seay (Highland) Virginia Current
204 OLE School Bus LANE / FORKS of the WATER
Blue GRASS VIRGINIA 24413

b. Plaintiff No. 2

Name: Marilyn Elizabeth Seay Propst BODINE
Annette L. Seay (Hale) Janet Lucille Seay McFarlin and Rebecca Raye SEAY LYNCH

Address: Former 12 OAK FIAT LANE FRANKLIN, WEST VIRGINIA 26807

Telephone Number:
(706) 979-4876 Georgia 706-935-4231
(305) 505-1555 Miami, Fla

612 CROSS STREET
ROSSVILLE, Georgia 30741

Tracy Brown
CLERK of GA COURT
(Ringgold 30736)
St. Solisitor Woodrough

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Current Texas Drivers Permit

Plaintiff No. 1: Marilyn Seay State of Citizenship: From Sweetwater Texas

Plaintiff No. 2: Annette Seay Janet Seay State of Citizenship: Georgia

Georgia and Texas and W. Va PAWN, Heather and Ray Propert

Defendant No. 1: Jerry Moore State of Citizenship: Va. + W. Va + Fl

Defendant No. 2: Jeffery Bowe State of Citizenship: Va + W. Va.

Charles Whe Propert Susan Whitlock Attorney Pendelton Community Bank Sold my Home in Va to Pay West Va Court Cost

**Attach additional sheets of paper as necessary and label this information as paragraph 5. Check here if additional sheets of paper are attached.** ☐

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Do not give any legal arguments or cite cases or statutes. Each paragraph must be numbered separately, beginning with number 6. Please write each single set of circumstances in a separately numbered paragraph.

6. Need TO Recieve, Back Alimony + Child Support from 1995 Louisa Devorce decree, amount

a) (Not 1 Red Cent since 1994 - 1993 90 thousand

b) William M. Mclene, P.O. 1660 LOUISA, VA 540 967-2058 represented me 2000 Bar 3859 (VA)

c) John Maus 1989 - present Louisa Va

d) William Stammyer, deceased, Great Falls Va. 1996 - 2017

e Texas - Halls Firm Lance Sweetwater Texas Where I was Born

We need Constitutional Justice of Due Process (1) - Freedom of Association

(2) 8th Admendment

(3) I am critically Indegent

For the Past 31 years in all 9 states of Past Litigation, Marilyn E. Seay

2. List all Defendants. State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an individual. Include the address where each Defendant may be served. Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

a. Defendant No. 1 West Virginia and Virginia Defendants

Name: ON ~~FIRST~~ Prior Page

Address: Charleston, Supreme CouRT West VA

b. Defendant No. 2

Name: Jerry D. Moore and Jeff Bowers

Address: Franklin, W. Va, 26807 State Solisiter → Woodriff Ringold Georgia

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**

**Check here if additional sheets of paper are attached:** ☐

**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case. Federal courts also have jurisdiction over cases where the United States is a Defendant.

Marilyn E. Seay Pro-Se (Elizabeth)

3. What is the basis for federal court jurisdiction?

☑ Federal Question ☐ Diversity of Citizenship ☐ Government Defendant

4. If the basis for jurisdiction is Federal Question, which Federal Constitution, statutory or treaty right is at issue? List all that apply.

Charlottsville VIRGINIA Tenn, N.C. Lousia
West Virginia, Georgia, S. Carolina, Virginia,
Louden, Virginia, Va Beach Va Suffolk, Va
Sweetwater, Texas ↔ Back to Georgia →
Back TO S.C. BACK TO LOUSIA, Virginia
Final Resting Place Charlottsville VIRGINIA
FOR RESTUTION from 1950 [illegible]

Cocoa Beach Florida (321) 783-2844

To Be Continued with Added Exhibits The Week Oct-9-19-29 in Virginia

Aff Indegency Included

150 thousand monthly

and an 960.00 plus VEPO 189.21 For the last 5 years

age 70 Marilyn E. [signature]

**Attach additional sheets of paper as necessary and label them as Additional Facts and continue to number the paragraphs consecutively. Check here if additional sheets of paper are attached.** ☐

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Virginia need to Receive 5 Million from the States of Georgia for Violating my Constitutional Due Process Rights in 7 other U.S.A. States since 1993

Marilyn E. Seay pro-se

S.S. 960 monthly

monthly From Teaching in Va, Georgia Texas, W. Va S.C. Fla,

and 189.21 From Virginia Power VEPCO

Apt 1100.00 eleven hundred (Dominion Resources) monthly (Richmond Va)

Va. Supreme COURT Highland Va. Beach sent me back to the Virginia LOWER COURTS (Louisa COURT Harrisonburg – Rockingham COURTS

DEMAND FOR JURY TRIAL: ☐YES ☐NO

Signed this ______ day of ____________, ______.

Signature of Plaintiff No. 1 ______________________________________

Signature of Plaintiff No. 2 ______________________________________

**NOTE: All Plaintiffs named in the caption of the complaint must date and sign the complaint. Attach additional sheets of paper as necessary.**